

Approved by: Sales Management
Approval Date: 01/21/2022

# Clicklane Management Process

**Purpose and Scope**

The purpose of this process is to create consistency and engagement with the Clicklane sales process and client experience. There are three primary areas of focus that must be adhered to in order for the deal to qualify as a Clicklane deal.
- *Initiation and inquiry from the client, and application and purchase completed online*
- *Initiation from the SEM, and process completed in-store with client present*
- *Utilization as a showroom sales tool with SEM and client, or via digital tablet by the client*

**Responsibilities (Who's Accountable)**
- Sales/eCommerce Managers
- Internet Sales Experience Managers
- Sales Experience Managers (SEM)

**Process**

I. **Initiation and inquiry from the client, and application and purchase completed online**
   a. These leads will be managed by the Internet Sales Team through the Gubagoo Chat Client.
   b. All leads will be followed up on specifically through the Gubagoo tool and at no time should the client be pulled from the Clicklane process in order to maintain the digital sales experience. Management should be through the Gubagoo chat tool exclusively.
   c. Response time on these leads should be equal to, or better than our digital lead sources as these leads are time sensitive and clients may need assistance in the process.
   d. Clients that do not live in the immediate market should be directed to purchase the vehicle, or complete a majority through the Clicklane process online. SEM should send the Clicklane link to the client through DealerSocket and encourage the client to complete the deal there and upload all documents.
      i. <u>NOTE: If the client is paying cash, leasing, or placing a deposit on the vehicle, please have them go through the process, CHOOSE CASH > and once they arrive at the option to 'Complete Documents Online' or 'Sign In-Store', have them choose 'Sign In-Store' and send them the deposit link through the normal deposit process.</u>

II. **Initiation from the SEM, and process completed in-store with client present**
   a. Client is not present in the store and has agreed to purchase the vehicle.
   b. SEM will explain the deposit process that will be utilized through the Clicklane system.
   c. SEM will send the Clicklane link on the selected vehicle (if available) and have the client choose the appropriate finance or cash option in the Clicklane system.
      i. *NOTE: If the client is leasing the vehicle through MBFS, or is concerned about the number of inquiries their credit will be impacted by, have the client choose the 'CASH' option and place a deposit on the unit.*
   d. Once the client arrives at the dealership, the SEM will pull up the client folder in Gubagoo and complete the transaction and financial selections with the client present.
   e. Further direction will be given by the Sales Manager on how to proceed or additional items that will be needed.

Approved by: Sales Management
Approval Date: 01/21/2022

III. **Utilization as a showroom sales tool with SEM and client, or via digital tablet by the client**
   a. **SCENARIO 1** - If the client has chosen a vehicle and is located at the dealership to finalize the purchase and the SEM is unavailable, an no other SEM can assist, the SEM should pull up the vehicle on a digital tablet (iPad) and prep the unit for the Clicklane process. The SEM should explain to the client our Digital Retail Tool (Clicklane) and have them start the process for the credit application, finance options, and product selections. Once available, the SEM can complete the process through Clicklane for the client convenience.
   b. **SCENARIO 2** – The SEM has confirmed the vehicle selection from the client. SEM will pull up the vehicle from the website and start the desking process in Clicklane with the client present. SEM will walk the client through the Clicklane process and explain to them the convenience of our digital retail tool to create awareness and engagement.
   c. Both scenarios are only if the client is in the dealership and has gone through the sales process and is ready to move forward.

IV. All deals will not be Clicklane eligible and should be treated as a form of convenience for clients in the dealership, and as the best purchase option for clients that are not in the market area. We should encourage the utilization of the tool for clients, and engage with the management team to manage the process throughout.

**END OF PROCESS**