## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

### **Alternative Dispute Resolution Summary**

**Provider must file a completed form, in duplicate, with the U.S. District Clerk within ten days of completion of the initial ADR session.**

1. Civil Action number: 3:24-cv-00104-E

2. Style of case:  Tupac v. Asbury Automotive Group, Inc.

3. Nature of suit:  employment

4. Method of ADR used: ✓ Mediation     Mini-Trial     Summary Jury Trial     Early Neutral Eval.

5. Date ADR session was held:  March 5, 2025

6. Outcome of ADR *(Select one)*:

   Parties did not use my services.     Settled, in part, as a result of ADR.

   Settled as a result of ADR.     ✓ Parties were unable to reach settlement.

   Continuing to work with parties to reach settlement *(Note: provider must file a supplemental ADR Summary upon conclusion of his/her services.)*

7. What was your TOTAL fee:  $3,000

8. Duration of ADR:  1/2 day                    *(e.g.,* one day, two hours)

9. Please list persons in attendance (including party association, *e.g.,* defendant, plaintiff):

   Kent Piacenti (P counsel), Michael Tupac (P), Jack Heron (D Counsel), Evan Singer (D Counsel), Dean Calloway (D General Counsel), Malcolm Gage (D representative

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

   _____          March 7, 2025
   Signature                                  Date

   5480 LBJ Freeway, Suite 220                214.534.1990
   Address                                    Telephone